UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHESTER STABENOW,

    Plaintiff,

SACRED HEART HOSPITAL,

    Subrogated Plaintiff,

vs.

CITY OF EAU CLAIRE, EAU CLAIRE              Case No. 19-cv-1058
POLICE OFFICERS MICHAEL MCCLAIN,
WAYNE BJORKMAN, ELLEN
SCHROEDER, BREANNA GASPER, AND
MITCHELL HUNSLEY,

BONAFIDE RECOVERY AND
TRANSPORT, LLC, MICHAEL
MATIJEVIC, CARRIE BERNITT,

    Defendants.

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A DEFAULT JUDGMENT AGAINST DEFENDANTS BONAFIDE RECOVERY AND TRANSPORT, LLC., MICHAEL MATIJEVIC, AND CARRIE BERNITT**

| STATE OF WISCONSIN | ) |
|---|---|
| | ) SS. |
| DANE COUNTY | ) |

    I, Lisa C. Goldman, being first duly sworn on oath deposes and says:

    1. I am an attorney licensed to practice law in the State of Wisconsin and I am one of the attorneys representing the Plaintiff Chester Stabenow in the above captioned matter.

    2. The "Waiver of the Services of Summons" forms I received from Bonafide Recovery and Transport, LLC, Michael Matijevic, and Carrie Bernitt were filed on March 23, 2020. They are Documents 14-15.

3. Bonafide Recovery and Transport LLC, Michael Matijevic, and Carrie Bernitt have not filed or served an answer or otherwise defended, and more than sixty (60) days have passed since the Waiver of the Service of Summons were executed by these defendants.

4. This affidavit is made in support of the Plaintiff's Motion for a Default Judgment.

Dated this 29th day of May, 2020.

_____
Lisa C. Goldman

Subscribed and sworn to before me
this 29th day of _____, 2020.

_____
Bruce M. Davey
Notary Public, State of Wisconsin
My commission is permanent