IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHESTER STABENOW,

          Plaintiff,

   v.

CITY OF EAU CLAIRE, *et al.*,

          Defendants.

ORDER

19-cv-1058-jdp

On February 17, 2021, plaintiff filed a motion to compel discovery (dkt. 41), reporting that defendants had not provided responses to all of his discovery demands and that he needed this information before the March 15, 2021 deadline to file dispositive motions. On February 24, 2021, defendants responded by conceding that they had not provided everything as quickly as plaintiff would have liked, but contending that under the totality of the circumstances (which they outlined), they had met and would continue to meet their discovery obligations. *See* dkt. 43.

At this juncture, I seriously doubt that there is any undisclosed information left for the court to order defendants to disclose, so I am going to deny the motion as moot. Even so, Rule 37(a)(5)(A) provides for the possibility of at least partial cost-shifting because defendants provided some of the information after the motion was filed. If plaintiff wishes to argue for reimbursement of some of his costs incurred filing this motion, then he may submit his request not later than July 13, 2021, with any response due by July 20, 2021.

Entered this 6th day of July, 2021.

                                    BY THE COURT:

                                    /s/

                                    STEPHEN L. CROCKER
                                    Magistrate Judge